UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCISCO RIVERA,<br>    Plaintiff, | : <br> : <br> : | CIVIL ACTION NO.:<br>3:21-CV-00126-VAB |
| v. | : <br> : | |
| EDAC TECHNOLOGIES CORPORATION; HANWHA AEROSPACE USA, LLC,<br>    Defendants. | : <br> : <br> : <br> : <br> : | JULY 7, 2022 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) of the Federal Rules of Civil Procedure, Plaintiff Francisco Rivera and Defendants EDAC Technologies Corporation and Hanwha Aerospace USA, LLC hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice and without costs or attorney fees to any party.

**Respectfully submitted,**

| | |
|---|---|
| **DEFENDANTS,**<br>**EDAC TECHNOLOGIES**<br>**CORPORATION AND HANWHA**<br>**AEROSPACE USA, LLC** | **PLAINTIFF,**<br>**FRANCISCO RIVERA** |
| By: */s/ James F. Shea*<br>    James F. Shea (ct16750)<br>    james.shea@jacksonlewis.com<br>    Russell N. Jarem (ct27848)<br>    russell.jarem@jacksonlewis.com<br>    Jackson Lewis P.C.<br>    90 State House Square, 8th Floor<br>    Hartford, CT 06103<br>    P: (860) 522-0404<br>    F: (860) 247-1330 | By: */s/ James V. Sabatini*<br>    James V. Sabatini (ct19899)<br>    jsabatini@sabatinilaw.com<br>    Sabatini and Associates, LLC<br>    One Market Square<br>    Newington, CT 0611<br>    Tel: (860) 667-0839<br>    Fax: (860) 667-0867 |

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 7, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James F. Shea*
James F. Shea